JS - 6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 9 2011
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 10, 2011
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ESROM MADRID, | Case No. CV 11-1815-JSL (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| JOHN DOE, et al., | |
| Defendant. | |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: 11-9-11

*Spencer Letts*

J. Spencer Letts
United States District Judge